UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK  10007

CHAMBERS OF
LAURA TAYLOR SWAIN

TEL. (212) 805-0417
FAX (212) 805-0426

June 26, 2020

<u>By First Class Mail</u>

Samantha Batista
Inmate # 86154-054
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

<u>United States v. Samantha Batista</u>
Case No. 18 CR 319 (LTS) (S.D.N.Y.)

Dear Ms. Batista:

      The Court has received your June 16, 2020, letter concerning the conditions of your confinement at the Metropolitan Correctional Center.  The Court cannot directly intervene to address these issues as raised.  You may file a grievance with the Bureau of Prisons through its Administrative Remedy Program.  The Court will also forward your letter to its Pro Se Office, which will provide you with information about how to file a civil lawsuit, should you wish to use that avenue to challenge the conditions of your confinement.

Very truly yours,

/s/ Laura Taylor Swain

Laura Taylor Swain