UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No.  18-CR-319-LTS-7

SAMANTHA BATISTA,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Samantha Batista's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 268.)

Ms. Batista writes that she has "exhausted [her] administrative remedy requirements," but attaches no evidence of having done so.  Ms. Batista shall promptly supplement her motion with evidence of having exhausted her administrative requirements under 18 U.S.C. § 3582(c)(1)(A).

The Government is directed to file and serve its response to Ms. Batista's application for compassionate release by **September 11, 2020**.  The response must include a complete copy of Ms. Bautista's BOP medical record.  A complete, unredacted courtesy copy of the Government's response must be provided to defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Ms. Batista's reply to the Government's response, if any, must be filed by **September 25, 2020**.  The parties are authorized to file under seal Ms. Bautista's medical records.  The Government must submit a hard copy of the records to the Clerk's Office for sealed filing, together with a copy of this Order.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant Samantha Batista, Reg. No. 86154-054, FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811.

SO ORDERED.

Dated: New York, New York
       August 31, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge