UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                  No. 18-CR-319-LTS-7

SAMANTHA BATISTA,

       Defendant.

-------------------------------------------------------x

### ORDER

The Court has received Defendant Samantha Batista's pro se submission, made in response to the Court's Order dated August 31, 2020 (Docket Entry No. 270), which directed her to (1) promptly supplement her motion for compassionate release (Docket Entry No. 269) with evidence of having exhausted her administrative requirements under 18 U.S.C. § 3582(c)(1)(A), and (2) submit any reply in support of that motion no later than September 25, 2020.  Mr. Batista's submission consists of (1) five pages related to her alleged exhaustion of administrative remedies, and (2) a collection of her BOP medical records, which appears to be duplicative of the records submitted to the Court by the government, together with its response to Ms. Batista's motion, on September 11, 2020.  The Court will publicly file Ms. Batista's pages concerning exhaustion of administrative remedies, and will file Ms. Batista's medical records under seal.

The Government shall file a sur-reply, limited to the issue of Ms. Batista's alleged exhaustion of her remedies under 18 U.S.C. § 3582(c)(1)(A), by **October 2, 2020**.

      SO ORDERED.

Dated: New York, New York
      September 25, 2020

                                                   /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge

**Copy mailed to**:

Samantha Batista
Reg. No. 86154-054
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811