UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 18-CR-319-LTS

SAMANTHA BATISTA,

        Defendant.

-------------------------------------------------------x

### ORDER

The Court has received Defendant Samantha Batista's pro se motion for an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1(a)(3), and for the appointment of counsel, in connection with her underlying motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A), which the Court denied in a Memorandum Order dated October 19, 2020 (docket entry no. 303), Ms. Batista's appeal of which remains pending.  (Docket entry no. 316.)

The Government is directed to file its response to Ms. Batista's motion, which must include her updated BOP medical records, by **November 23, 2021**.  The Government may request that the Court file medical records that are included in the response under seal, and sensitive medical information may be redacted from the response that is filed on ECF.  A complete, unredacted courtesy copy of the Government's response must be mailed to Defendant, and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Ms. Batista's reply to the Government's response, if any, must be filed by **December 14, 2021.**  Ms. Batista's request for the appointment of counsel will remain under advisement pending the Court's review of the Government's response.

Chambers will mail a copy of this Order to Ms. Batista.

SO ORDERED.

Dated: New York, New York
       November 9, 2021

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

**Copy to be mailed to**:

Samantha Batista
Reg. No. 86154-054
FCI Tallahassee
Federal Correctional Institution
P.O. Box 5000
Tallahassee, FL 32314