UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                   No. 18-CR-319-LTS

SAMANTHA BATISTA,

        Defendant.

-------------------------------------------------------x

### SEALING ORDER

The Court has received the Government's submission dated November 23, 2021 (docket entry no. 438), which attaches, as Exhibit A, a collection of Defendant's medical records. In light of Exhibit A's sensitive contents, the Court will file that exhibit under seal.

Chambers will mail a copy of this Order to Ms. Batista.

SO ORDERED.

Dated: New York, New York
         December 17, 2021

                                                        /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge

**Copy to be mailed to**:

Samantha Batista
Reg. No. 86154-054
FCI Tallahassee
Federal Correctional Institution
P.O. Box 5000
Tallahassee, FL 32314