UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No. 18-CR-319-LTS

SAMANTHA BATISTA,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received the parties' supplemental submissions filed in connection with Defendant's pending renewed motion for compassionate release (docket entry nos. 464, 474, 478), including the parties' positions as to whether each basis for Ms. Batista's pending application has been fully exhausted as required under 18 U.S.C. section 3582(c), and as to whether any remaining exhaustion requirement(s) should be waived in light of the circumstances of this case. The Court also notes that defense counsel represents that "defense has made a request for relief with the BOP via the warden at FCI Tallahassee," and asks "that decision on [Ms. Batista's] compassionate release motion be held in abeyance for thirty dates or sooner." (Docket entry no. 578 at 1 n.1.)

The Court directs defense counsel, upon the sooner of (a) thirty days from the warden's receipt of defense counsel's request or (b) the warden's grant or denial of that request, to file a letter updating the Court as to the status of that request.

        SO ORDERED.

Dated: New York, New York
      March 1, 2022

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge