UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                            No.  18-CR-00319-LTS-7

SAMANTHA BATISTA,

        Defendant.

----------------------------------------------------------x

## ORDER

Laura Taylor Swain, Chief United States District Judge:

        In a letter dated January 3, 2026, Ms. Batista asked "for reduction of [her] supervised parole through the application of 30-for-30 credits under the Less Is More Act." (Docket entry no. 667.)  The statute cited in the letter does not apply in federal court; accordingly, the Court has treated the letter as a request for early termination of supervised release pursuant to 18 U.S.C. section 3583(e) and has considered her record under supervision and the interests of justice.  Ms. Batista's request for early termination is denied because the Court believes Ms. Batista would benefit from continued supervision.  The Court commends her engagement in lawful employment, commends her on attaining her current employment in her chosen field, and encourages her to focus on forging positive community ties and engaging exclusively in positive endeavors as she continues her reintegration into the community.

SO ORDERED.

Dated: New York, New York
      January 20, 2026

<u>/s/ Laura Taylor Swain</u>
LAURA TAYLOR SWAIN
United States District Judge

**Copy to be mailed to:**

Samantha Batista
112 High Street
Yonkers, NY 10703