UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff,

    -v-                        No.  18-CR-00319-LTS-7

SAMANTHA BATISTA,

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

    A violation of supervised hearing is hereby scheduled for **April 21, 2026, at 11:00 am** in Courtroom 17C at Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312.

    SO ORDERED.

Dated: New York, New York
      March 6, 2026

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          United States District Judge