# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

## ATTORNEYS AT LAW

TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

ADMITTED IN NY & NJ

April 9, 2026

Hon. Sarah L. Cave
Magistrate, U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Samantha Batista,* 18-cr-319 (LTS)

Dear Judge Cave:

I write to follow up on the March 19, 206 presentment/bail hearing and to request an appearance before your Honor to re-address the issue of release on the pending VOSR. Judge Swain referred this matter to Magistrate Court, and we do not appear in district court until April 21, 2026.

As you may recall, you had instructed the Probation Department to conduct a home visit of Ms. Batista's partner's residence in the Bronx as a potential place for electronic monitoring. To date Probation has not yet conducted the visit.

For our part, we conferred with Ms. Batista's employer at NYU Langone Medical Center. As discussed at the presentment, that job was suspended due to Ms. Batista's arrest and extended absence. However, she was invited to reapply after a brief suspension period. Attached is a letter from NYU.

In the meantime, Ms. Batista secured a food service job at Wendy's which she can start immediately.  A letter from Wendy's is attached.

We are hopeful that we can appear soon.

Thank you for your consideration.

Respectfully,

Glenn A. Garber

Cc:     *Vi ECF and email*
        AUSA Jaime Baglierbter
        USPO Asia Williams

---

To the extent that Ms. Batista is requesting another bail hearing sooner than the conference before Chief Judge Swain on April 21, 2026, the parties may contact the Arraignment Unit to schedule a bail hearing before a Magistrate Judge on duty.

The Clerk of Court is respectfully directed to terminate ECF No. 686

SO ORDERED.    4/9/2026

Sarah L. Cave
**United States Magistrate Judge**