UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                No.  18-CR-319-LTS-7

SAMANTHA BATISTA,                    ORDER

       Defendant.

-------------------------------------------------------x

The Government requests to seal the Amended Violation Report, dated February 24, 2026, which is Exhibit A to the Government's letter at docket entry no. 692.  That request is granted because the Report contains sensitive information.  The Government is directed to take hard copies of the referenced document (in unredacted versions) to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

        SO ORDERED.

Dated: New York, New York          /s/ Laura Taylor Swain
      April 21, 2026             LAURA TAYLOR SWAIN
                         Chief United States District Judge