UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                        No.  18-CR-319-LTS-7

SAMANTHA BATISTA,                  ORDER

        Defendant.

--------------------------------------------------------x

The hearing presently scheduled for May 26, 2026 at 11:00am is hereby rescheduled to **May 27, 2026, at 2:30pm**.

SO ORDERED.

Dated: New York, New         _/s/ Laura Taylor Swain_____
    York April 22, 2026        LAURA TAYLOR SWAIN
                        Chief United States District Judge