# J.L. Russo, P.C.

*JOHN L. RUSSO*
*ATTORNEY AT LAW*

*COUNSEL*
Milton Florez, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

May 22, 2026

**Via ECF**
Honorable Layra T. Swain
Chief District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# <u>MEMO ENDORSED</u>

> Re:    <u>United States of America v. Samantha Batista</u>
>         Case No.: 18 CR 319 (LTS)

Your Honor:

This office represents Samantha Batista, the defendant in the above referenced matter, which is currently scheduled for a Revocation of Supervised Release - Interim Hearing on May 27, 2026.

We write to respectfully request that this matter be adjourned, with the consent of AUSA Bagliebter and Probation Officer Williams, to July 8 at 11:00 a.m.

The Court's consideration of this request is greatly appreciated. Thank you.

Yours truly,

/s/*John Russo*

John L. Russo (JR6200)

Cc:    AUSA Jamie Bagliebter(via ECF)
        USPO Asia Williams (via Email)

The foregoing request is granted. DE 710 is resolved.
SO ORDERED
5/26/2026
/s/ Laura Taylor Swain, Chief USDJ