UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES

-v- No. 18-CR-319-LTS

SAMANTHA BATISTA,

Defendant.

-----------------------------------------------------x

ORDER

The Court has received correspondence dated August 13, 2026 from Ms. Samantha Batista, who is represented by counsel. The Court does not act on pro se submissions by persons who are represented. Loc. Crim. R. 49.2. The Court will file the letter under seal and send a copy of the submission to Ms. Batista's counsel. Defense Counsel is instructed to confer with Ms. Batista about this Order and the provisions of Southern District of New York Local Rule 49.2.

SO ORDERED.

Dated: August 20, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge