*JOHN L. RUSSO*
*ATTORNEY AT LAW*

*PARALEGAL*
Maria Nunez, B.S.

# J.L. Russo, P.C.

**31 · 19 Newtown Avenue, Suite 500**
**Astoria, New York 11102**
**Tel: 718 · 777 · 1277**
**Fax: 718 · 204 · 2310**
**Email: *JLRussoPC@Gmail.com***

*COUNSEL*
Milton Florez,Esq.
Paul Testerverde, Esq.**
*(Admitted in N.Y., Fla. & N.J.)*

September 8, 2026

**Via ECF**
Honorable Layra T. Swain
Chief District Judge
United State District Court
Southern District of New York 2
500 Pearl Street
New York, NY 10007

Re: United States of America v. Samantha Batista
Case No.: 18 CR 319 (LTS)

Your Honor:

This office represents Samantha Batista, the defendant in the above referenced matter, which is currently scheduled for a VSR Hearing on October 8, 2026.

We write to respectfully request that this matter be calendared for an appearance before the Court as soon as possible so that Ms. Batista may enter an admission to certain counts of the VOSR Petition because a disposition has been agreed to with the Government.

A resolution of Ms. Batista's Pennsylvania matter has been reached and she would like the pending matter before this Court resolved as expeditiously as possible. **Thus, if the Court can accommodate us, any of the following dates are requested - September 14th, 16th or 17th.**

The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,
/s/*John Russo*
John L. Russo (JR6200)

Cc: AUSA Jamie Bagliebter(via ECF)
USPO Asia Williams (via Email)

The foregoing request to reschedule the currently scheduled VOSR hearing to a date sooner than October 8, 2026 is granted. The hearing is rescheduled to **Wednesday, September 30, 2026 at 2:30pm**.
Docket entry nos. 733 and 737 are resolved.
SO ORDERED.
9/10/2026
/s/ Laura Taylor Swain, Chief USDJ